Trevino C. WHITE, Plaintiff–Appellant,

v.

William O. FILBERT; Seblu Zera Yohannes, Doctor; P.A. Baguchi, Defendants–Appellees.

No. 03–6115.

United States Court of Appeals, Fourth Circuit.

Submitted March 20, 2003.

Decided March 31, 2003.

Trevino C. White, Appellant Pro Se. John Joseph Curran, Jr., Attorney General, David Phelps Kennedy, Office of the Attorney General of Maryland, Baltimore, Maryland; Donald Joseph Crawford, Adelman, Sheff & Smith, Rockville, Maryland, for Appellees.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Trevino C. White appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See White v. Filbert,* No. CA–02–1196–JFM (D.Md. Dec. 27, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*